# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUL 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

RAYMOND LORONA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

1:11-MJ-153 GSA

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 27, 2011, in Fresno County, in the Eastern District of California defendant did,

- **COUNT 1:** <u>Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Record</u>

knowingly received and possessed a firearm, a Remington 12 gauge shotgun having a barrel length of less than 18 inches, not registered to him in the National Firearms Registration and Transfer Record.

in violation of Title 26, United States Code, Section 5861(d), and 5871 punishable by a term of imprisonment up to ten years and a $10,000 fine for each count. I further state that I am a(n) Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

- See Affidavit of Special Agent Ryan Stearman, attached hereto and incorporated herein.

__X__ Continued on the attached sheet and made a part hereof.

Signature of Complainant Ryan Stearman
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me, and subscribed in my presence

July 28, 2011                                           at       Fresno, California

Date                                                                     City and State

Gary S. Austin, U.S. Magistrate Court Judge

Name and Title of Judicial Officer                   Signature of Judicial Officer

# I.

## INTRODUCTION.

I, Ryan Stearman, being first duly sworn, hereby depose and state:

1. I am a Special Agent of the U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been so employed since September 2005. In the course of my duties as an ATF Special Agent, I have conducted numerous investigations and received training regarding, but not limited to, the trafficking and possession of firearms by prohibited persons and the illicit distribution and possession of controlled substances by various individuals. As a result of said investigations, I have obtained and executed numerous federal arrest and search warrants. I am currently assigned to the ATF Fresno Field Office.

2. Title 26 U.S.C. §5861(d) makes it unlawful to possess a firearm that has not been registered in the National Firearms Registration and Transfer Record. Title 26 U.S.C. §5845(a) includes "a shotgun having a barrel or barrels of less than 18 inches in length" in the definition of a firearm.

3. This affidavit is in support of a complaint charging Raymond LORONA (hereinafter LORONA) with a violation of Title 26 U.S.C. § 5861(d). On July 27, 2011, LORONA was in possession of a Remington 12 gauge shotgun having a barrel length of less than 18 inches that he had previously sawed off. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all information known to me and other law enforcement investigators. Rather, this affidavit serves to establish probable cause for the arrest of LORONA.

1

4. On June 27, 2011, LORONA provided me with written and verbal consent to search his residence at 2728 West San Jose, Fresno, California for an Itouch, as well as any firearms prohibited from being possessed under federal or state law.

5. ATF Special Agents Monika Uchiyama, Sherri Reynolds, and Justin Quinn went to 2728 West San Jose. LORONA's wife provided us with the Itouch, and SA Quinn found a Remington Arms 12 gauge shotgun having a barrel length of less than 18 inches in a closet at the residence, as well as two other firearms.

6. ATF Task Force Officer ("TFO") Christopher Friedmann and I then spoke with LORONA again. TFO Friedmann asked LORONA what agents found in the closet. LORONA said that they found a sawed-off shotgun. LORONA said he bought the firearm when he was 13 years old. He said that he sawed it off. When asked how long it was, LORONA said it was less than 16 inches.

7. On July 28, 2011, I contacted ATF National Firearms Act Branch which maintains the National Firearms Registration and Transfer Record. I requested a query of the National Firearms Registration and Transfer Record as to whether Raymond LORONA had registered any firearm. After a search was completed, I was informed that no record of LORONA registering any firearm was found.

///
///
///
///
///
///
///

8. I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

_____
Special Agent Ryan Stearman
United States Department of Justice
Bureau of Alcohol, Tobacco,
Firearms & Explosives

Sworn and subscribed to before me
July 28, 2011

_____
Honorable Gary S. Austin
United States Magistrate Judge
Eastern District of California

3