ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, RAY ANTHONY LORONA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAY ANTHONY LORONA,<br><br>    Defendant.<br>_____ | CASE NO. 1:11-cr-00258-AWI<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for October 11, 2011, be continued to November 28, 2011 at 9:00 a.m.

This continuance is necessary to allow defense counsel an opportunity to review and analyze all discovery provided by the government, and to permit the parties sufficient time to explore resolution of the case via plea. The date selected is due to the trial and vacation schedule of counsel.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: October 5, 2011     /s/ Kimberly Sanchez_____
                            KIMBERLY SANCHEZ
                            Assistant United States Attorney
                            **This was agreed to by Ms. Sanchez via email on October 4, 2011**

///

1

DATED: October 5, 2011        /s/ Roger K. Litman
                              ROGER K. LITMAN
                              Attorney for Defendant
                              RAY ANTHONY LORONA

**ORDER**

IT IS SO ORDERED.

Dated:    October 5, 2011                    _____
                                             CHIEF UNITED STATES DISTRICT JUDGE