ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, RAY ANTHONY LORONA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAY ANTHONY LORONA,<br><br>    Defendant.<br>_____ | CASE NO. 1:11-cr-00258-AWI<br><br>**STIPULATION AND**<br> **ORDER TO**<br> **CONTINUE STATUS CONFERENCE** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for November 28, 2011, be continued to December 12, 2011 at 9:00 a.m.

This continuance is necessary to afford counsel sufficient time to negotiate a resolution of the instant action.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  November 18, 2011          /s/ Kimberly Sanchez_____
                                   KIMBERLY SANCHEZ
                                   Assistant United States Attorney
                                   **This was agreed to by Ms. Sanchez**
                                   **by telephone on November 18, 2011**

///

///

1

1 | DATED: November 18, 2011                /s/ Roger K. Litman
2 |                                          ROGER K. LITMAN
  |                                          Attorney for Defendant
3 |                                          RAY ANTHONY LORONA

4 | IT IS SO ORDERED.

5 |
  | Dated:    November 18, 2011              _____
6 |                                          CHIEF UNITED STATES DISTRICT JUDGE