1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4  Attorney for Defendant, RAY ANTHONY LORONA

5
                IN THE UNITED STATES DISTRICT COURT FOR THE
6
                       EASTERN DISTRICT OF CALIFORNIA
7

8
   UNITED STATES OF AMERICA,          )    CASE NO.  1:11-cr-00258-DLB
9                                     )
           Plaintiff,                 )
10                                    )    **STIPULATION AND ORDER**
        v.                            )    **TO CONTINUE**
11                                    )    **STATUS CONFERENCE**
   RAY ANTHONY LORONA,                )
12                                    )
           Defendant.                 )
13 _____)

14       The parties hereto, by and through their respective attorneys, stipulate and
15 agree that the status conference currently scheduled for May 14, 2012, be
16 continued to June 11, 2012 at 1:00 p.m.
17       The continuance is necessitated by the unavailability of the prosecutor,
18 Assistant United States Attorney, Kimberly Sanchez, who is out of state attending
19 to a family crisis.  In addition, defense investigation is ongoing.  The additional
20 time requested should be sufficient for the defense to complete its investigation
21 and to allow for the presence of Ms. Sanchez.
22       The parties also agree that any delay resulting from this continuance shall
23 be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),
24 3161(h)(8)(A) and 3161(h)(8)(B)(I).
25
26 DATED:  May 10, 2012              /s/ Kimberly Sanchez_  __        __
                                     KIMBERLY SANCHEZ
27                                   Assistant United States Attorney
                                     **This was agreed to by Ms. Sanchez**
28                                   **by telephone on May 10, 2012**

                                      1

DATED: May 10, 2012                /s/ Roger K. Litman
                                   ROGER K. LITMAN
                                   Attorney for Defendant
                                   RAY ANTHONY LORONA

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May 14, 2012 to, and including, June 11, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   May 10, 2012                  /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE