1 ROGER K. LITMAN, 57634
Attorney at Law
2 2300 Tulare Street, Suite 230
Fresno, California 93721
3 Telephone: (559) 237-6000

4 Attorney for Defendant, RAY ANTHONY LORONA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-cr-00258-DLB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| RAY ANTHONY LORONA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for June 11, 2012, be continued to July 23, 2012 at 1:00 p.m.

It is anticipated that the defense counsel will be representing his client, in a multi-defendant, multi-day hearing in Fresno County Superior Court. Said hearing is calendared to commence on June 8, 2011 and continue, until completed, into the week of June 11, 2012.

In addition, defense counsel has located a second expert to examine the alleged unlawful firearm. The requested continuance will afford sufficient time for the government to arrange a time and place for the defense expert to conduct examination and analysis of the Remington shotgun.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

1 | DATED: June 7, 2012 | /s/ Kimberly Sanchez\
  | | KIMBERLY SANCHEZ\
2 | | Assistant United States Attorney\
  | | **This was agreed to by Ms. Sanchez**\
3 | | **via email on June 6, 2012**

4 | DATED: June 7, 2012 | /s/ Roger K. Litman\
  | | ROGER K. LITMAN\
5 | | Attorney for Defendant\
  | | RAY ANTHONY LORONA

IT IS SO ORDERED.

**Dated:   June 7, 2012**          /s/ **Dennis L. Beck**\
                                   UNITED STATES MAGISTRATE JUDGE