1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4  Attorney for Defendant, RAY ANTHONY LORONA

5
              IN THE UNITED STATES DISTRICT COURT FOR THE
6
                  EASTERN DISTRICT OF CALIFORNIA
7

8
   UNITED STATES OF AMERICA,        )    CASE NO.  1:11-cr-00258-DLB
9                                    )
          Plaintiff,                 )
10                                   )    **STIPULATION AND**
       v.                            )    **ORDER TO CONTINUE**
11                                   )    **STATUS CONFERENCE**
   RAY ANTHONY LORONA,               )
12                                   )
          Defendant.                 )
13  _____)

14        The parties hereto, by and through their respective attorneys, stipulate and

15  agree that the status conference currently scheduled for July 23, 2012, be

16  continued to August 27, 2012 at 1:00 p.m.

17        The continuance is necessitated by the need for additional examination and

18  analysis by a gunsmith employed on behalf of Mr. Lorona to formulate an opinion

19  whether the shotgun which is the subject of the charge against Mr. Lorona can be

20  readily restored to shoot as designed and manufactured.

21        The parties also agree that any delay resulting from this continuance shall

22  be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),

23  3161(h)(8)(A) and 3161(h)(8)(B)(I).

24

25  DATED:  July 18, 2012          /s/ Kimberly Sanchez_  __        __
                                   KIMBERLY SANCHEZ
26                                 Assistant United States Attorney
                                   **This was agreed to by Ms. Sanchez**
27                                 **via email on July 17, 2012**

28

                                    1

1    DATED: July 18, 2012          /s/ Roger K. Litman          __
                                   ROGER K. LITMAN
2                                  Attorney for Defendant
                                   RAY ANTHONY LORONA
3

4          IT IS SO ORDERED.

5          **Dated:   July 18, 2012**              **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28