ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, RAY ANTHONY LORONA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-cr-00258-DLB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| RAY ANTHONY LORONA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference in this matter, currently calendared for September 24, 2012 at 1:00 p.m. continued to October 22, 2012 at 1:00 p.m.

The additional time agreed to by the parties will afford the government an opportunity to evaluate a report from an expert gunsmith concerning the issue of whether the firearm, which is the subject of the charge in the Indictment, is readily repairable. In addition, counsel for the parties have discussed resolution of this matter without trial. The additional time should be sufficient to allow the parties to make a final determination whether this action will be dismissed, a guilty plea entered or the matter will be set for trial.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: September 18, 2012         /s/ Kimberly Sanchez
                                  KIMBERLY SANCHEZ
                                  Assistant United States Attorney
                                  **This was agreed to by Ms. Sanchez via email on September 18, 2012**

DATED: September 18, 2012         /s/ Roger K. Litman
                                  ROGER K. LITMAN
                                  Attorney for Defendant
                                  RAY ANTHONY LORONA

   IT IS SO ORDERED.

   Dated:   **September 20, 2012**              /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE