1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4  Attorney for Defendant, RAY ANTHONY LORONA

5
              IN THE UNITED STATES DISTRICT COURT FOR THE
6
                    EASTERN DISTRICT OF CALIFORNIA
7

8
   UNITED STATES OF AMERICA,        )    CASE NO.  1:11-cr-00258-AWI
9                                   )
         Plaintiff,                 )
10                                  )    **STIPULATION AND**
         v.                         )    **ORDER TO**
11                                  )    **CONTINUE STATUS CONFERENCE**
   RAY ANTHONY LORONA,              )
12                                  )
         Defendant.                 )
13 _____ )

14       The parties hereto, by and through their respective attorneys, stipulate and
15 agree that the status conference currently scheduled for January 28, 2013, be
16 continued to February 4, 2013 at 10:00 a.m.
17       This continuance is necessary to afford counsel sufficient time to conclude
18 final settlement negotiations.
19       The parties also agree that any delay resulting from this continuance shall
20 be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),
21 3161(h)(8)(A) and 3161(h)(8)(B)(I).
22
23 DATED:  January 23, 2013          /s/ Kimberly Sanchez___  _____  __
                                     KIMBERLY SANCHEZ
24                                   Assistant United States Attorney
                                     **This was agreed to by Ms. Sanchez**
25                                   **by telephone on January 23, 2013**
26 ///
27 ///
28

                                      1

1  DATED: January 23, 2013          /s/ Roger K. Litman
                                     ROGER K. LITMAN
2                                    Attorney for Defendant
                                     RAY ANTHONY LORONA
3
4  IT IS SO ORDERED.

5  Dated:   January 24, 2013

6                                    _____
                                     SENIOR  DISTRICT  JUDGE