1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4  Attorney for Defendant, RAY ANTHONY LORONA

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                          EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )      CASE NO.  1:11-cr-00258-AWI
                                      )
10        Plaintiff,                  )
                                      )      **STIPULATION AND**
11     v.                             )      **ORDER TO**
                                      )      **CONTINUE STATUS CONFERENCE**
12 RAY ANTHONY LORONA,                )
                                      )
13        Defendant.                  )
   _____)

14        The parties hereto, by and through their respective attorneys, stipulate and

15  agree that the status conference currently scheduled for February 4, 2013, be

16  continued to March 4, 2013 at 10:00 a.m.

17        This continuance is necessary for the purposes of further negotiations

18  between the parties.

19        The parties also agree that any delay resulting from this continuance shall

20  be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),

21  3161(h)(8)(A) and 3161(h)(8)(B)(I).

22

23  DATED:  February 4, 2013          /s/ Kimberly Sanchez___ _____ __ ____
                                      KIMBERLY SANCHEZ
24                                    Assistant United States Attorney
                                      **This was agreed to by Ms. Sanchez**
25                                    **by telephone on February 4, 2013**

26  ///

27  ///

28

                                        1

1    DATED: February 4, 2013              /s/ Roger K. Litman
                                          ROGER K. LITMAN
2                                         Attorney for Defendant
                                          RAY ANTHONY LORONA
3

4

5    IT IS SO ORDERED.

6
     Dated:    February 4, 2013
7                                         _____
                                              SENIOR  DISTRICT  JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         2